# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 16-03096-CR-S-BP |
| ) | |
| FRANK PATRICK LAMBERT, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

On August 23, 2016, Defendant was indicted for failing to register as a sex offender as required by the Sex Offender Registration and Notification Act ("SORNA"), in violation of 18 U.S.C. § 2250(a). On June 15, 2018, Defendant filed a Motion to Dismiss the Indictment, arguing that SORNA violated the nondelegation doctrine and the Commerce Clause. (Doc. 105.) On July 24, 2019, the Honorable Magistrate Judge David P. Rush issued a report and recommendation that the Court deny Defendant's motion for dismissal of the indictment.[1] (Doc. 118.) Defendant filed objections to the report and recommendation on August 5, 2019. (Doc. 119.)

The Court has reviewed the record *de novo* and agrees with the recommendations of Judge Rush. As noted by Judge Rush, Defendant's arguments are foreclosed by *Gundy v. United States*, 139 S. Ct. 2116 (2019) and *United States v. May*, 535 F.3d 912 (8th Cir. 2008). No information or analysis needs to be added to the report, and the Court adopts the report and recommendation in its entirety.

**IT IS SO ORDERED.**

---

[1] On July 20, 2018, Judge Rush granted the Government's motion to stay ruling on Defendant's motion to dismiss, pending the Supreme Court's decision in *Gundy v. United States*, 139 S. Ct. 2116 (2019).

**DATE**: August _21_, 2019

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT